1
2
3
4
5
6

7                                    IN THE UNITED STATES DISTRICT COURT

8                                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9   CARLOS CISNEROS, JR.,

10              Petitioner,                             No. CIV S-10-0387 KJM P

11        vs.

12   KENNETH CLARK,

13              Respondent.                             ORDER

14   _____/

15              Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

16  habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma

17  pauperis and a request for the appointment of counsel.

18              Examination of the in forma pauperis application reveals that petitioner is unable

19  to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

20  granted.  See 28 U.S.C. § 1915(a).

21              There currently exists no absolute right to appointment of counsel in habeas

22  proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C.

23  § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice

24  so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does

25  not find that the interests of justice would be served by the appointment of counsel at the present

26  time.

Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted;

2. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fourteen days thereafter;

5. The Clerk of the Court shall serve a copy of this order, the consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General; and

6. Petitioner's request for the appointment of counsel (# 3) is denied.

DATED: April 27, 2010.

_____
U.S. MAGISTRATE JUDGE

1/mp
cisn0387.110.(2.16.10)